### WALTERS v. FREEMAN.

COBB, J. While the case for plaintiff in error appeals more strongly to this court than that for the defendant in error, yet as a jury of the vicinage has seen proper to render a verdict for the defendant in error, in a case turning upon questions of fact, the judge who presided in the case has approved the verdict, and the motion for a new trial is confined to the general grounds, this court, in accordance with the rule of non-interference in such cases, feels constrained to affirm the judgment overruling the motion for a new trial.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent.*

Argued October 7, — Decided October 30, 1902.

Action for damages. Before Judge Russell. Franklin superior court. March 28, 1902.

*J. N. Worley* and *O. C. Brown*, for plaintiff.

*J. H. Skelton, W. R. Little*, and *D. W. Meadow*, for defendant.